UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Jill T. Bryan, Esq.
900 Route 168, Suite A-4
Turnersville, NJ  08012
(856)227-2000
Attorney for Debtor(s)

Order Filed on February 28, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

VINCENT G. IANNUZZI AND KATHLEEN M. IANNUZZI

Case No.: 12-13092-ABA

Chapter: 13

Hearing Date:

Judge: Andrew B. Altenburg

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through ___two (2)___ is hereby **ORDERED**.

**DATED: February 28, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Jill T. Bryan, Esq._____, the applicant, is allowed a fee of $ _____500_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____500_____ . The allowance shall be payable:

- ☑ through the Chapter 13 plan as an administrative priority.
- ❏ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____n/a_____ per month for ___n/a___ months to allow for payment of the aforesaid fee.