UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Jill T. Bryan, Esq.
900 Route 168, Suite A-4
Turnersville, NJ  08012
(856)227-2000
Attorney for Debtor(s)

In Re:

VINCENT G. IANNUZZI AND KATHLEEN M. IANNUZZI

**Order Filed on February 28, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 12-13092-ABA

Chapter: 13

Hearing Date:

Judge: Andrew B. Altenburg

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through ___two (2)___ is hereby **ORDERED**.

**DATED: February 28, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ Jill T. Bryan, Esq. _____, the applicant, is allowed a fee of $ _____ 500 _____ for services rendered and expenses in the amount of $_____ 0.00 _____ for a total of $_____ 500 _____ . The allowance shall be payable:

- ☑ through the Chapter 13 plan as an administrative priority.
- ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ n/a _____ per month for ___ n/a ___ months to allow for payment of the aforesaid fee.

United States Bankruptcy Court
District of New Jersey

In re:  
Vincent G. Iannuzzi  
Kathleen M. Iannuzzi  
    Debtors

Case No. 12-13092-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Feb 28, 2017  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2017.  
db/jdb      +Vincent G. Iannuzzi,    Kathleen M. Iannuzzi,    3360 W. Hollywood Circle,    Pennsauken, NJ 08109-2365

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2017                                            Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2017 at the address(es) listed below:  
          Andrew M. Lubin    on behalf of Creditor    Nationstar Mortgage, LLC bkecf@milsteadlaw.com, alubin@milsteadlaw.com  
          Denise E. Carlon    on behalf of Creditor    NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
          Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com  
          Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  
          Jill T. Bryan    on behalf of Debtor Vincent G. Iannuzzi jtb.assistant1@verizon.net  
          Jill T. Bryan    on behalf of Joint Debtor Kathleen M. Iannuzzi jtb.assistant1@verizon.net  
                                                                                                                 TOTAL: 7